**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re** | : | |
| | : | Case No. 13-24858-JAD |
| **Ronald P. Boyce and** | : | |
| **Mary Beth Boyce,** | : | Chapter 13 |
|       **Debtors** | : | |
| | : | Related to Doc. 83 |
| **Ronald P. Boyce,** | : | |
|       **Movant** | : | |
| | : | |
| v. | : | |
| | : | |
| **Master-Lee Energy Services Corp.** | : | |
|       **Respondent** | : | |

CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER
ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the October 26, 2016, I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on October 26, 2016                  /s/ Sharla Munroe
                                                            Sharla Munroe, Paralegal
                                                            McElrath Legal Holdings, LLC
                                                            432 Boulevard of the Allies
                                                            1641 Saw Mill Run Blvd.
                                                            Pittsburgh, PA 15210
                                                            Tel: 412.765.3606
                                                            Fax: 412.765.1917

Service by NEF

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Master-Lee Energy Services Corp.
Attention: Payroll Manager
1639 Clearview Drive
Latrobe, PA 15650

Ronald P. Boyce
5822 Route 982
New Derry, PA 15671