# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 13-24858- JAD |
| | : | |
| Ronald P. Boyce | : | CHAPTER 13 |
| Mary B. Boyce, | : | |
|     Debtors | : | DOC NO. 86 |
| | : | |
| Ronald P. Boyce | : | RELATED TO DOC. NO. 81, 84 |
| Mary B. Boyce | : | |
|     Movants | : | Concil. Conf. |
|     v. | : | December 15, 2016 at 9:00 AM |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | |
|     Respondent | : | |

## CERTIFICATE OF SERVICE OF ORDER DATED OCTOBER 25, 2016, NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN ALONG WITH THE AMENDED CHAPTER 13 PLAN DATED OCTOBER 24, 2016,

    I, Sharla Munroe, Paralegal of McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated October 25, 2016, Notice of Proposed Modification to Confirmed Plan along with the Amended Chapter 13 Plan dated October 24, 2016, on the parties on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.

Executed on: October 27, 2016

    By:    /s/ Sharla Munroe
            Sharla Munroe, Paralegal
            McElrath Legal Holdings, LLC
            1641 Saw Mill Run Blvd
            Pittsburgh, PA 15210
            Tel: 412.765.3606
            Fax: 412.765.1917

**MATRIX OF PARTIES SERVED**

Service by NEF:

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Ronald P. and Mary B. Boyce
5822 Route 982
New Derry, PA 15671

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Beneficial/Hfc
Po Box 9068
Brandon, FL 33509

Berkheimer Tax
Administrator
PO Box 25153
Lehigh Valley, PA 18002

Cambria Thrift
Po Box 248
Ebensburg, PA 15931

Central Credit Contr
916 South 14th Street  Po Box 988
Harrisburg, PA 17108

Chase
Po Box 24696
Columbus, OH 43224

Chase
P.O. Box 15298
Wilmington, DE 19850

Collection Service Cen
Po Box 68
Altoona, PA 16603

Derry Area School District
976 North Chestnut Street Ext
Derry, PA 15627

Gecrb/Jcp
Po Box 984100
El Paso, TX 79998

Gm Financial
Po Box 181145
Arlington, TX 76096

Indiana County Tax Claim Bureau
Indiana County Courthouse
825 Philadelphia Street
Indiana, PA 15701-3934

Indiana Regional Medical Center
835 Hospital Road
P.O. Box 788
Indiana, PA 15701

Latrobe Hospital
P.O. Box 1100
Latrobe, PA 15650-5011

PA Housing Finance
211 N. front Street
Harrisburg, PA 17101

Penn Credit Corporation
916 S 14th St
Harrisburg, PA 17104

Ramesh Singh
c/o Recovery Management
System Corp
Finacial Controller
25 SE 2nd Avenue, Suite 1120
Miami, Fl 33131

Verizon
500 Technology Dr Ste 30
Weldon Spring, MO 63304

Westmoreland Hospital
532 West Pittsburgh Street
Greensburg, PA 15601