UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

*Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | RONALD P. & MARY B. BOYCE |
| Case Number: | 13-24858-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, MARCH 08, 2017 09:30 AM    COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

*Matter:*

Motion For Relief From The Automatic Stay filed by JPMorgan Chase Bank, N.A., its successors and/or assigns - Response Filed by Debtors on 2/15/17 at Doc. # 108 [Due 2/20/2017]
R / M #:  105 / 0

*Appearances:*

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): ~~Paul W. McElrath, Jr., Esq.~~   F. Pra.h.
CREDITOR: James C. Warmbrodt, Esq.

*Proceedings:*

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least **90** Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

- o/e 3/8/2017 setting continued hearing

FILED
3/8/17 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge