IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| MARY B. BOYCE AND<br>RONALD P. BOYCE, | : Bankruptcy No. <u>13-24858JAD</u><br>:<br>: |
| Debtor(s). | : Chapter 13<br>: |
| ************************************************* | : |
| JPMORGAN CHASE BANK, N.A., its successor<br>and /or assigns | :<br>:<br>: |
| Movant(s),<br>v. | :<br>: Document No. 105 |
| MARY B. BOYCE AND<br>RONALD P. BOYCE, | :<br>:<br>: |
| Respondent(s). | :<br>: |

### ORDER

AND NOW, this **8th** day of **March, 2017**, a hearing having been held on March 8, 2017 on the *Motion For Relief From The Automatic Stay* filed at Document No. 105,

It is hereby **ordered** that the hearing on said matter is **continued** to **June 28, 2017**, at 10:30 AM in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

_____ jsf
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO SERVE:**

Debtors
Paul W. McElrath, Jr., Esq
James C. Warmbrodt, Esq.
Ronda J. Winnecour, Esq.
Office of U.S Trustee

FILED
3/8/17 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00020503

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 13-24858-JAD
Ronald P. Boyce                                                     Chapter 13
Mary B. Boyce
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: gamr              Page 1 of 1             Date Rcvd: Mar 08, 2017
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.
db/jdb         +Ronald P. Boyce,    Mary B. Boyce,   5822 Route 982,    New Derry, PA 15671-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Ronald P. Boyce ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Mary B. Boyce ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6