UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | RONALD P. & MARY B. BOYCE |
| Case Number: | 13-24858-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, JUNE 28, 2017 10:30 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

## *Matter:*

Continued Motion For Relief From The Automatic Stay filed by JPMorgan Chase Bank, N.A., its successors and/or assigns
- Response Filed by Debtors on 2/15/17 at Doc. # 108 [Due 2/20/2017]
- Hearing Held 3/8/2017 -Continued To 6/28/17
R / M #:  105 / 0

## *Appearances:*

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): ~~Paul W. McElrath, Jr., Esq.~~  Friday.
CREDITOR: James C. Warmbrodt, Esq.

## *Proceedings:*

___ Motion is GRANTED / DENIED
___ Special Type Of Order: _____
___ CONTINUE MATTER:
      ___ For At Least _____ Days (Court To Issue Scheduling Order)
      ___ To Hearing Date Of _____ at _____ AM/PM at _____
      ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
      ___ Evidentiary Hearing On Value And Cram-Down Interest
      ___ Complex / Pretrial Order - NONJURY / JURY
      ___ Simple / Pretrial Order - NONJURY / JURY
      ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER: O/E.

- o/e 6/28/2017

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
6/28/17 1:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA