FORM JAD-007
1/09

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Mary B. Boyce
Ronald P. Boyce
*Debtor(s)*

JPMorgan Chase Bank, N.A.
*Movant(s)*,

v. Mary B. Boyce
Ronald P. Boyce

and RONDA J. WINNECOUR, ESQ.,
Chapter 13 Trustee,

*Respondent(s)*.

Bankruptcy No. 13-24858 JAD

Chapter 13

Related To Doc. No. 105, 108

## ORDER GRANTING CONDITIONAL RELIEF FROM STAY IN FAVOR OF JPMorgan Chase Bank, N.A.

AND NOW, this 28 day of June, 2017, after the hearing on the Motion for Relief From the Automatic Stay filed by JPMorgan Chase Bank, NA (the "Movant"), and due consideration of the Debtor's response thereto, if any, and upon consideration of arguments and statements of counsel at the hearing held thereon,

It is hereby **ORDERED** that the automatic stay is terminated as it affects the interests of the Movant with respect to that certain collateral referenced in Movant's Motion for Relief From the Automatic Stay as being 5872 Route 982, New Derry, PA 15671; **PROVIDED HOWEVER**, that this Order granting relief from stay is stayed for so long as:

(1) The Debtor(s), within thirty-two ( 32 ) days of this Order, remit(s) $ 2,909.00 to the Chapter 13 Trustee in readily available funds (which is to be distributed by the Chapter 13 Trustee to the Movant as adequate protection);

ORDER-JAD-007-REV1-09.wpd

(2) On a go forward basis from and after the date of this Order, the Debtor(s) shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due; and

(3) Other: _____
_____
_____

It is hereby further **ORDERED** that *time is of the essence.* For the duration of this bankruptcy case, in the event that the Debtor(s) fail to make any subsequent plan payments (as well as such other payments that may be required by this Order) to the Chapter 13 Trustee, then the stay of this Order shall be vacated and the automatic stay unconditionally lifted as it affects the interests of the Movant with said property or collateral upon the filing of an Affidavit of Default by Movant without further hearing or without entry of an additional order. Such Affidavit of Default shall contain a statement of default as supported by the creditor's own records as well as the records of the Chapter 13 Trustee.

In the event that the automatic stay is terminated as provided in this Order, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject collateral, unless directed otherwise by further Order Of Court.

_____   6-28-2017
**JEFFERY A. DELLER**
United States Bankruptcy Judge

**CASE ADMINISTRATOR TO MAIL:**

cc:  Ronda Winnecour, Chapter 13 Trustee (via CM:ECF e-mail)
Debtor(s)
Counsel for Debtor(s)
Counsel for Movant

ORDER-JAD-007-REV1-09.wpd

FILED
6/28/17 1:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-24858-JAD
Ronald P. Boyce                                                       Chapter 13
Mary B. Boyce
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: amaz              Page 1 of 1            Date Rcvd: Jun 28, 2017
                                Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
db/jdb         +Ronald P. Boyce,    Mary B. Boyce,    5822 Route 982,    New Derry, PA 15671-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Ronald P. Boyce ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Mary B. Boyce ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6