WWR # 21401619

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| Ronald P. Boyce ) | |
| Mary B. Boyce ) | Bankruptcy No. 13-24858-JAD |
|     Debtors ) | |
| ) | Document No. 13 |
| LSF10 Master Participation Trust ) | |
|     Movant ) | |
| ) | |
|     v. ) | |
| Ronald P. Boyce ) | |
| Mary B. Boyce ) | |
| RONDA J. WINNECOUR, TRUSTEE ) | |
|     Respondents ) | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE**
**ON MOTION OF LSF10 MASTER PARTICIPATION TRUST**
**FOR RELIEF FROM AUTOMATIC STAY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than 01/29/2018 i.e. seventeen (17) calendar days from the date of mailing as set out below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.. If you fail to respond, the Motion will be granted by the court by default without a hearing. See Local Bankruptcy Rule 9013.4.

You should take this to your lawyer at once.

A hearing will be held on 02/07/2018 at 10:00 am before Judge Jeffery A. Deller in Courtroom "D", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Clerk. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

Date of Mailing or other service: 01/10/2018

                                                                         Attorney for Movant
                                                                         /s/ Keri P. Ebeck
                                                                         Keri P. Ebeck   PA I.D. #91298
                                                                         Weltman, Weinberg & Reis Co., L.P.A.
                                                                         436 Seventh Avenue
                                                                         Suite 2500
                                                                         Pittsburgh, PA  15219   (412) 338-7102
                                                                           kebeck@weltman.com