**Fill in this information to identify the case:**

**Debtor 1**  Ronald P. Boyce

**Debtor 2**  Mary B. Boyce
**(Spouse if filing)**

**United States Bankruptcy Court for the**: WESTERN DISTRICT OF PENNSYLVANIA
**Case number**  13-24858-JAD
**WWR #**21401619

Official Form 410S2

**Notice of Postpetition Mortgage Fees, Expenses, and Charges**    **12/16**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** LSF10 Master Participation Trust        **Court Claim no (if known)** _____

**Last 4 digits** of any number you use to
Identify the debtor's account        6818

Does this notice supplement a prior notice of postpetition fees,
expenses, and charges?

☒ No

☐ Yes.  Date of last notice: _____

**Part 1:**  **Itemize Postpetition Fees, Expenses, and Charges**

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates Incurred | Amount |
|---|---|---|
| 1.  Late Charges | _____ | (1)  $_____ |
| 2.  Non-sufficient funds (NSF) fees | _____ | (2)  $_____ |
| 3.  Attorney Fees | _____ | (3)  $_____ |
| 4.  Filing fees and court costs | _____ | (4)  $_____ |
| 5.  Bankruptcy/Proof of claim fees | _____ | (5)  $_____ |
| 6.  Appraisal/Broker's price opinion fees | _____ | (6)  $_____ |
| 7.  Property inspection fees | _____ | (7)  $_____ |
| 8.  Tax advances (non-escrow) | _____ | (8)  $_____ |
| 9.  Insurance advances (non-escrow) | 11/27/2017 | (9)  $419.00 |
| 10. Property preservation expenses.  Specify: _____ | _____ | (10) $_____ |
| 11. Other.  Specify: _____ | _____ | (11) $_____ |
| 12. Other.  Specify: _____ | _____ | (12) $_____ |
| 13. Other.  Specify: _____ | _____ | (13) $_____ |
| 14. Other.  Specify: _____ | _____ | (14) $_____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| | |
|---|---|
| Debtor 1 <u>Ronald P. Boyce</u> | Case number (if known) <u>13-24858-JAD</u> |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

𝕏 **/S/**<u>Keri P. Ebeck</u>    Date <u>1/10/2018</u>

Print:    Keri P. Ebeck    Title <u>Attorney</u>

Company    <u>Weltman, Weinberg & Reis Co., L.P.A.</u>

Address    <u>436 Seventh Avenue, Suite 2500</u>

<u>Pittsburgh, PA 15219</u>

Contact Phone <u>412-338-7102</u>

Email <u>kebeck@weltman.com</u>

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the preceding Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on 1/10/2018_____, by U.S. Mail (or Electronically as provided by local rules) on the parties whose names and address are listed below:

Paul W. McElrath, Jr. , Attorney for Debtor
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Ronald P. Boyce, Debtor
5822 Route 982
New Derry, PA 15717

Office of the U. S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Mary B. Boyce, Debtor
5822 Route 982
New Derry, PA 15717

/S/Keri P. Ebeck
Keri P. Ebeck
Attorney for Creditor
Weltman, Weinberg & Reis Co., LPA
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219



# HISTORY OF ACCOUNT
## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

RONALD P BOYCE  
MARY B BOYCE  
216 S EAST LN  
BLAIRSVILLE, PA 15717  

ACCOUNT:   
12/27/2017  
REPORT ID: 278211  

Escrow History only reflects Caliber Home Loans Inc. information. Refer to prior servicer for details of prior transactions.

THIS IS A STATEMENT OF ACTIVITY IN YOUR ESCROW ACCOUNT  
FROM 11/27/2017 TO 12/31/2017

| Date | Charge/ Payment | Comments | Insurance Balance | Tax Balance | Unspecified Balance | Escrow Account Balance |
|---|---|---|---|---|---|---|
| 11/27/2017 | ($419.00) | Disbursement Homeowners Ins / Condo Master | ($419.00) | $0.00 | $0.00 | ($419.00) |

| Description | | Amounts |
|---|---|---|
| Insurance Balance | | ($419.00) |
| | Homeowner's Ins | ($419.00) |
| | Flood | $0.00 |
| | Earthquake | $0.00 |
| | Windstorm | $0.00 |
| | Mortgage Insurance | $0.00 |
| | Undefined | $0.00 |
| Tax Balance | | $0.00 |
| | Assessments | $0.00 |
| | County | $0.00 |
| | City/Town/Township | $0.00 |
| | School | $0.00 |
| | Municipal District | $0.00 |
| | Ground Rent | $0.00 |
| | HOA/Condo Dues | $0.00 |
| | Undefined | $0.00 |
| Unspecified Balance | | $0.00 |
| Overall Balance | | ($419.00) |
| Uncollected Escrow Shortage | | $0.00 |
| Escrow Balance Total | | ($419.00) |