WWR# 21401619

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| Ronald P. Boyce | ) | |
| Mary B. Boyce | ) | Bankruptcy No. 13-24858-JAD |
|     Debtor | ) | |
| | ) | Chapter 13 |
| LFS10 Master Participation Trust | ) | |
|     Movant | ) | Hearing Date & Time 02/07/2018 at 10:00 am |
| | ) | |
|     v. | ) | Response Deadline 01/29/2018 |
| Ronald P. Boyce | ) | |
| Mary B. Boyce | ) | |
| Ronda J. Winnecour, TRUSTEE | ) | |
|     Respondents | ) | |
| | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on 01/10/2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than 01/29/2018.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: 01/30/2018

By: /s/ James P Valecko
James P Valecko
Weltman, Weinberg & Reis Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 338-7958
PA I.D. #79596 jimvalecko@weltman.com