**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Ronald P. Boyce<br>Mary B. Boyce<br>        Debtors<br><br>LSF10 Master Participation Trust<br>        Movant<br><br>        v.<br><br>Ronald P. Boyce<br>Mary B. Boyce<br>RONDA J. WINNECOUR, TRUSTEE<br>        Respondents | Bankruptcy No. 13-24858-JAD<br><br>Document No. 13<br><br>Doc. # 118 |

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This cause came on for hearing this __30th__ day of __January__, 2018, in said District, upon the Motion of LSF10 Master Participation Trust for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

This Court FINDS that LSF10 Master Participation Trust, Movant herein, is a creditor of a certain Mortgage with the Debtor secured by a Mortgage on the real property located at 216 S East Lane, Blairsville, PA 15717; that the Movant has not been adequately protected; that the Debtors have no equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that LSF10 Master Participation Trust be and is hereby granted relief from the Automatic Stay to take the necessary steps to foreclose its mortgage referenced herein.

_____ jsf
Honorable Jeffery A. Deller
United States Bankruptcy Judge

Keri P. Ebeck
PA I.D. #91298
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 338-7102

FILED
1/30/18 9:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-24858-JAD
Ronald P. Boyce                                                           Chapter 13
Mary B. Boyce
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: gamr              Page 1 of 1              Date Rcvd: Jan 30, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
db/jdb         +Ronald P. Boyce,    Mary B. Boyce,    5822 Route 982,    New Derry, PA 15671-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    LSF10 Master Participation Trust jvalecko@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Ronald P. Boyce ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Mary B. Boyce ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7