**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/14/2018

IN RE:

RONALD P. BOYCE
MARY B. BOYCE
5822 ROUTE 982
NEW DERRY, PA 15717
XXX-XX-1256       Debtor(s)

XXX-XX-3037

Case No.13-24858 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/14/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC MTRG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BUCKLEY MADOLE PC**<br>14841 DALLAS PARKWAY STE 435<br>DALLAS, TX 75254 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HSBC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 368.21<br>COMMENT: JCPENNEY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1293 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 4   INT %: 4.25%<br>Court Claim Number: 1<br>CLAIM: 20,665.54<br>COMMENT: $CL-PL*4.25%MDF/PL*910 CLAIM | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6917 |
| **BENEFICIAL CDC/HOUSEHOLD (RE)***<br>ATTN REAL ESTATE PMT PROCESSING<br>636 GRAND REGENCY BLVD<br>BRANDON, FL 33510 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: RS/DOE*SURR/PL*$44,842.43/CL*BGN 12/13*DKT | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5219 |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR - OH4-7133<br>POB 182349<br>COLUMBUS, OH 43218 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 0.00<br>COMMENT: OE/RS~STAYED*PMT/DECL-CONF OE*DKT4PMT-LMT*BGN 12/13*DKT | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7465 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 7   INT %: 4.25%<br>Court Claim Number: 4<br>CLAIM: 18,171.28<br>COMMENT: $CL4GOVS@4.25%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7194 |
| **INDIANA COUNTY TAX CLAIM BUREAU**<br>INDIANA COUNTY COURTHOUSE<br>825 PHILADELPHIA STREET<br>INDIANA, PA 15701-3934 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: 4444 07-005-511*2012-2013*RS/DOE*SURR/PL*CL=2909.26*DKT | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5511 |
| **PHFA(*)**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br>HARRISBURG, PA 17105-5057 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 5-2<br>CLAIM: 0.00<br>COMMENT: 36470*RS/DOE*SURR/PL*1567.11/CL*AMD*DKT | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6470 |
| **DERRY ASD & DERRY TOWNSHIP (EIT)**<br>C/O BERKHEIMER TAX ADMIN – CURR & DLNQ C<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA 18002-0662 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,276.64<br>COMMENT: 1181.04@0%/PL~2010*2010-11/CL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1256 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CAMBRIA THRIFT CONSUMER**<br>2 E MARKET ST<br><br>BLAIRSVILLE, PA  15717 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 2,528.31<br>COMMENT: LOAN TAKEN: 6/29/12 | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 9193 |
| **CENTRAL CREDIT**<br>916 S 14TH ST<br><br>HARRISBURG, PA  17104 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3384 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055  *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE  19850-7055 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3322 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>POB 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: POCW |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>POB 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: D0Z6 |
| **INDIANA REGIONAL MEDICAL CNTR**<br>835 HOSPITAL RD<br>POB 788<br>INDIANA, PA  15701 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 574.04<br>COMMENT: ...3037*NO$/SCH | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 1256 |
| **LATROBE HOSPITAL**<br>FIRST AVENUE<br><br>LATROBE, PA  15650 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PENN CREDIT CORP**<br>POB 988*<br><br>HARRISBURG, PA  17108 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1835 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 69.64<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1997 |
| **WESTMORELAND HOSPITAL**<br>532 W. PITTSBURGH STREET<br><br>GREENSBURG, PA  15601 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account No. |
|---|---|---|
| **BENEFICIAL CDC/HOUSEHOLD (RE)***<br>ATTN REAL ESTATE PMT PROCESSING<br>636 GRAND REGENCY BLVD<br>BRANDON, FL 33510 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: RS/DOE*SURR/PL*16089.48/CL*THRU 11/13*DKT | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5219 |
| **RJM ACQUISITIONS FUNDING LLC*++**<br>575 UNDERHILL BLVD STE 224<br>SYOSSET, NY 11791 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 95.92<br>COMMENT: NT/SCH*FINGERHUT*NTC-RSV | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5579 |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR - OH4-7133<br>POB 182349<br>COLUMBUS, OH 43218 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 1,181.04<br>COMMENT: C12 ARRS GOV*$CL-PL@CHASE MTG*THRU 11/13*W/6 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7465 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 2,112.49<br>COMMENT: NT/SCH*CAPITAL ONE*2699998227 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3337 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 2,808.89<br>COMMENT: NT/SCH*HOUSEHOLD~NCO PORTFOLIO MANAGEMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3723 |
| **BENEFICIAL CDC/HOUSEHOLD (RE)***<br>ATTN REAL ESTATE PMT PROCESSING<br>636 GRAND REGENCY BLVD<br>BRANDON, FL 33510 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: RS/DOE*SURR/PL*NTC POSTPET FEES/EXP=$440*REF CL*W/5,21*DKT | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0102 |
| **LSF10 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC<br>PO BOX 24330<br>OKLAHOMA CITY, OK 73124 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 0.00<br>COMMENT: RS/DOE*NT PROV/PL*NTC POSTPET FEES/EXP*REF CL=$419*DKT | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 6818 |