# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>RONALD P. BOYCE<br>MARY B. BOYCE | Case No. 13-24858JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>RJM ACQUISITIONS FUNDING LLC*++ | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The mailing address is defunct and mail is being returned by the Postal Service.

| | |
|---|---|
| RJM ACQUISITIONS FUNDING LLC*++<br>575 UNDERHILL BLVD STE 224<br>SYOSSET, NY 11791 | Court claim# 2/Trustee CID# 22 |

The Movant further certifies that on 09/14/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>RONALD P. BOYCE, MARY B. BOYCE, 5822 ROUTE 982, NEW DERRY, PA 15717 | :<br>JEFFERSON CAPITAL SYSTEMS LLC**, NOTICES ONLY, POB 7999, ST CLOUD, MN  56302-9617 |
| ORIGINAL CREDITOR:<br>RJM ACQUISITIONS FUNDING LLC*++, 575 UNDERHILL BLVD STE 224, SYOSSET, NY  11791 | DEBTOR'S COUNSEL:<br>PAUL W MCELRATH JR ESQ, MCELRATH LEGAL HOLDINGS LLC, 1641 SAW MILL RUN BLVD, PITTSBURGH, PA  15210 |
| NEW CREDITOR: | |