# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 13-24858-JAD |
| | : | |
| Ronald P. Boyce and | : | CHAPTER 13 |
| Mary B. Boyce, | : | |
| Debtors | : | RELATED TO DOCKET NO. 131 |
| | : | |
| Ronald P. Boyce and | : | |
| Mary B. Boyce, | : | HEARING DATE AND TIME: |
| Movants | : | November 28, 2018 at 10:00 AM |
| | : | |
| v. | : | |
| | : | |
| LVNV Funding, LLC | : | |
| | : | |
| Respondent | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
| Additional Respondent | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON
## OBJECTION TO PROOF OF CLAIM 11-1 FILED BY LVNV FUNDING, LLC

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **October 29, 2018**, i.e., thirty (30) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **November 28, 2018 at 10:00 a.m.** before Judge Deller in Court Room D, 54th floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

|  | Attorney for Movant/Applicant: |
|---|---|
| Date of service: <u>September 27, 2018</u> | /s/ Paul W. McElrath |
| | Paul W. McElrath, Esquire |
| | PA I.D. # 86220 |
| | McElrath legal Holdings, LLC |
| | 1641 Saw Mill Run Boulevard |
| | Pittsburgh, PA  15210 |
| | Tel: 412.765.3606 |

Fax: 412.265.1917
Email: paulm@mcelrathlaw.com