### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 13-24858-JAD |
| | : | |
| Ronald P. Boyce and | : | CHAPTER 13 |
| Mary B. Boyce, | : | |
|     Debtors | : | RELATED TO DOC. NO.130-133 |
| | : | |
| Ronald P. Boyce and | : | |
| Mary B. Boyce, | : | HEARING DATE AND TIME: |
|     Movants | : | November 28, 2018 at 10:00 AM |
| | : | |
| v. | : | |
| | : | |
| Jefferson Capital Systems, LLC | : | |
| LVNV Funding, LLC and | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
|     Respondents | : | |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO PROOF OF CLAIM 7 and 11

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objections to the Proof of Claim Number 7 and 11, filed September 27, 2018 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motions appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 25, 2018.

It is hereby respectfully requested that the Orders attached to the Motions be entered by the Court.

Dated: October 31, 2018     By:     /s/ Paul W. McElrath
                                                           Paul W. McElrath, Esquire
                                                           Attorney for Debtor/Movant
                                                           PA I.D. #86220
                                                           1641 Saw Mill Run Blvd
                                                           Pittsburgh, PA 15210
                                                           (412) 765-3606